UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Robert Johnson<br><br><br><br><br>Debtor(s) | BK No.:   13-08861<br><br>Chapter: 11<br>Honorable Carol A. Doyle |

**FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363(c)(2) AND BANKRUPTCY RULE 4001(b) AS TO BAYVIEW LOAN SERVICING, LLC RELATING TO 936-44 WEST 76TH STREET, CHICAGO, ILLINOIS THROUGH CONFIRMATION**

This matter coming to be heard on the Motion of the Debtor, ROBERT JOHNSON's Motion for Use of Cash Collateral, pursuant to Sections 363(C)(2) of the Bankruptcy Code and Federal Rule of Bankruptcy 4001(b) due proof of service to all parties entitled to notice the court being advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

a) The debtor is authorized to use cash collateral of Bayview Loan Servicing, LLC as to the real estate commonly known as 936-44 West 76th Street, Chicago, Illinois upon the terms and conditions contained in this order through Confirmation; or Dismissal

b) Bayview Loan Servicing, LLC is hereby granted replacement liens in the real estate commonly known as 936-44 West 76th Street, Chicago, Illinois and the rents received by the Debtor in that real estate;

c) The liens and security interest granted herein to Bayview Loan Servicing, LLC shall have the same validity, perfection and enforceability as the pre-petition liens held by Bayview Loan Servicing, LLC without any further action by the Debtor or Bayview Loan Servicing, LLC and without executing or recording any financing statements, security agreements or other documents;

d) The Debtor shall maintain adequate property insurance on 936-44 West 76th Street, Chicago, Illinois listing Bayview Loan Servicing, LLC as a lien-holder;

e) Beginning April 1, 2013 and the first of each month thereafter until further order of the Court, the Debtor shall make adequate protection payments to Bayview Loan Servicing, LLC in the amount of $1,800.00. The application of the payment to Bayview is subject to reallocation by the Court;

f) Subject to the terms and conditions contained in this Order, the Debtor may use cash collateral to the extent set forth in his budget;

g) Commencing on July 1, 2013 an continuing thereafter, if the debtor fails to make 2 adequate protection payments as provided for herein to Bayview Loan Servicing, LLC when due such that 2 are then due, then the Stay under 11 USC section 362 shall be automatically modified by Bayview Loan Servicing, LLC as to the property commonly known as 936-44 West 76th Street, Chicago, Illinois 60610 without further order of Court, if upon notice to the Debtor and Debtor's attorney the complained of default is not fully cured and proof of cure tendered to Bayview Loan Servicing, LLC's attorneys,

Klein, Daday, Aretos & O'Donoghue, LLC 2550 W. Golf Rd., Suite 250, Rolling Meadows, Illinois 60008, within 14 days from the date notice was sent. Time is of the essence;

Enter:

Dated: 8/20/14

United States Bankruptcy Judge

**Prepared by:**

Penelope N. Bach, Of Counsel
Sulaiman Law Group, LLC
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523
(630) 575-8181

Rev: 20130104_bko